In the Matter of the Estate of JOHN MATTHEWS, Deceased. CHASE NATIONAL BANK OF CITY OF NEW YORK, as Executor and Trustee of JOHN MATTHEWS, Deceased, et al., Appellants; MARIE D. MATTHEWS, Respondent.

Argued November 29, 1938; decided January 3, 1939.

*Thomas A. Ryan, Wilber Stammler* and *William Parsons* for Chase National Bank of the City of New York, as executor and trustee, appellant.

*Winfield L. Morse* and *H. H. Morse* for Elma Matthews et al., appellants.

*Thomas K. Patterson*, special guardian, and *Joseph W. Proctor* for Rita Matthews et al., infants, appellants.

*Edwin W. Cooney, Edward L. Hunt, Jr.*, and *William T. Maday* for respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.